IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 MAY 19 P 1:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Henry, Rothrock                )
_____ )
Full name and prison number    )
Of Plaintiff(s)                )
                               )
v.                             )   CIVIL ACTION NO. 2:14-CV-366MHT-CSC
Kim Thomas                     )   (To be supplied by Clerk of
_____)   U.S. District Court)
Alabama of Corrections         )
_____)
                               )
_____)
                               )
_____)
                               )
Name of person(s) who violated )
Your constitutional rights.    )
(List the names of all         )
persons.)                      )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )   NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )   NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Henry Rothrock

            Defendant(s) Kim Thomas
            Alabama Department of Corrections

        2.  Court )if federal court, name the district; if
            state court, name the county)_____

1

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Limestone Facility*
_____
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED *Limestone Prison*

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Kim Thomas | |
| 2. Alabama Department of Corrections | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *2006*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: (1) Violation of The HIPPA Law, (2) Violation of The Americans Disability Act

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (state as best you can the time, place and manner and person involved)

The broke my Confedentiaility, Concerning my Illness etc.

GROUND TWO: ③ Pain and Suffering, ④ mental Stress

SUPPORTING FACTS:

The Same Thing.

GROUND THREE: ⑤ Violation of my Human Rights

SUPPORTING FACTS:


3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

*Henry Rothrock #248131*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5-8-14 .
                (Date)

*Henry Rothrock 248131*
Signature of plaintiff(s)

4

Henry Rothrock # Dorm
248131
28779 Nick Davis Rd.
Harvest, AL. 35749

This Correspondence is forwarded from Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Legal Mail:

Office Of The Clerk
United States District Court
P.O Box 711
Montgomery, AL. 36101-0711